| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| FRED NEUFELD, State Bar No. 150759<br>fneufeld@stradlinglaw.com<br>TATIANA INGMAN, State Bar No. 314284<br>tingman@stradlinglaw.com<br>STRADLING YOCCA CARLSON & RAUTH<br>A PROFESSIONAL CORPORATION<br>10100 Santa Monica Blvd, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 424 214 7000<br>Facsimile: 424 214 7010<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor and Plaintiff Gerardo Chavez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>VANESSA OROZCO<br><br>Debtor(s). | CASE NO.: 2:22-bk-14947-ER<br>ADVERSARY NO.: 2:22-ap-01207-ER<br>CHAPTER: 7 |
|---|---|
| GERARDO CHAVEZ<br><br>Plaintiff(s).<br>vs.<br>VANESSA OROZCO<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 07/11/2023<br>TIME: 10:00 AM<br>COURTROOM: 1568<br>ADDRESS: 255 E. Temple Street,<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

| | | | | |
|---|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | | ☒ Yes | ☐ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | | ☒ Yes | ☐ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | | ☒ Yes | ☐ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | | ☒ Yes | ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
To complete discovery and Mediation, which Mediation occurred on April 28, 2023, and was unsuccessful.

B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| December 2023 | Same |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Plainitiff intends to conduct discovery and file a motion for summary judgment. | To complete discovery and Mediation, which Mediation occurred on April 28, 2023, and was unsuccessful. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| October 2023 | Same |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Request for production of documents, request for admissions, interrogatories, depositions of debtor and F. Orozco, potentially expert witness analysis. | Written discovery |

C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 3 days | 3-5 hours, if direct testimony is by declaration. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 4 | 3-5 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　**F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 50 - 100 (or more) | 15 - 25 |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 10/31/2023 | (*date*) 10/31/2023 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    The parties have engaged in settlement discussions

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   May 1, 2023

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 3                                   **F 7016-1.STATUS.REPORT**

Case 2:22-ap-01207-ER    Doc 18    Filed 06/23/23    Entered 06/23/23 09:01:57    Desc
Main Document    Page 4 of 5

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Defendant: With the Honorable Judge Robles retiring soon, Defendant requests that the Court not enter a further scheduling order until this Adversary Proceeding is assigned to a new Judge.

Respectfully submitted,

Date: 06/21/2023

Stradling Yocca Carlson & Rauth, P.C.
Printed name of law firm

*/s/ Fred Neufeld*
Signature

Fred Neufeld
Printed name

Attorney for: Creditor and Plaintiff Gerardo Chavez

Date: 06/21/2023

Law Office of David B. Lally
Printed name of law firm

*/s/ David B. Lally*
Signature

David Brian Lally
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   10100 N. Santa Monica Boulevard, Suite 1400, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>06/23/2023</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
   David B Lally    davidlallylaw@gmail.com
   Fred Neufeld    fneufeld@sycr.com, tingman@sycr.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/23/2023 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.